IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JUDITH ROSAS | § § § | |
| v. | § § § § | CIVIL ACTION NO. 5:15-CV-00180 |
| STATE FARM LLOYDS | § | |

## MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JUDITH ROSAS, Plaintiff in the above-entitled and numbered cause, and files this, her Motion for Dismissal with Prejudice, and would respectfully show unto this Honorable Court the following:

I.

Plaintiff has settled and resolved all claims and causes of action against STATE FARM LLOYDS made the basis of this lawsuit. There are no cross claims or third party claims which have been filed against Defendant. Plaintiff further moves that costs of Court be taxed against the party incurring same. Defendant has specifically consented and stipulated to this Dismissal in accordance with Federal Rule 41 (a)(i)(A).

II.

Accordingly, Plaintiff, Judith Rosas respectfully requests that this Court dismiss her claims and causes of action against STATE FARM LLOYDS with full prejudice to the re-filing of same and that all costs of Court be taxed against the party incurring same.

Respectfully submitted,

The Voss Law Firm, P.C.

By:    */s/ Tyler Bleau*
    Bill L. Voss
    SBN: 24047043
    Scott G. Hunziker
    SBN: 24032446
    Tyler Bleau
    SBN: 24080793
    26619 Interstate 45
    The Woodlands, Texas 77380
    Telephone: (713) 861-0015
    Facsimile: (713) 861-0021
    tyler@vosslawfirm.com

ATTORNEYS FOR PLAINTIFF
JUDITH ROSAS

**AGREED TO BY:**

RAMEY, CHANDLER, QUINN & ZITO, P.C.

   */s/ Brian M. Chandler*
Brian M. Chandler
SBN: 04091500
Federal Bar No. 7660
bmc@ramey-chandler.com
750 Bering Drive, Suite 600
Houston, Texas 77057
Telephone:  (713) 266-0074
Facsimile:   (713) 266-1064

ATTORNEY FOR DEFENDANT
STATE FARM LLOYDS

*Motion for Dismissal With Prejudice – Rosas, Judith*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the above and foregoing document has been served on the following counsel of record via facsimile this 6th day of November 2015.

                */s/ Tyler Bleau*
                Tyler Bleau