United States District Court
Southern District of Texas
**ENTERED**
November 09, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JUDITH L ROSAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 5:15-CV-180 |
| | § | |
| STATE FARM  LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

In light of the parties' Agreed Motion to Dismiss (Dkt. No. 3), the Initial Pretrial and Scheduling Conference previously set for November 19, 2015 and all other deadlines in the Order for Initial Pretrial and Scheduling Conference (Dkt. No. 2) are hereby **TERMINATED**.

SIGNED this 9th day of November, 2015.

DIANA SONG QUIROGA
United States Magistrate Judge

1